# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHNSTON, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>FCA USA, LLC,<br><br>   Defendant. | Case No. 1:20-cv-00631-AWI-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 10) |

On June 17, 2020, the parties filed a stipulation to further extend the time for Defednant to file a responsive pleading until July 23, 2020. (ECF No. 10.)

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file a responsive pleading on or before July 23, 2020; and
2. If the parties are not in a position to proceed with the scheduling conference set for July 28, 2020, the parties shall notifiy the Court at least seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:  **June 17, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1