1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ROBERT AND DEBORAH JOHNSTON, individually, and on behalf of a class of similarly situated individuals,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US LLC, a Delaware limited liability corporation,<br><br>　　　　　　Defendant. | Case No. 1:20-CV-00631-AWI-SAB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT FCA US LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed:　May 4, 2020<br>Hearing Date:　　August 31, 2020<br>Time:　　　　　　1:00 p.m. |
|---|---|

THE COURT having considered the Parties' stipulation and finding good cause ORDERS that:

1. The hearing on Defendant's Motion to Dismiss shall be continued to October 5, 2020 at 1:00 p.m.;

2. Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be due on or before September 14, 2020; and

3. Defendant's reply in Support of Defendant's Motion to Dismiss, shall be due on or before September 28, 2020.

IT IS SO ORDERED.

Dated:   August 17, 2020

_____
SENIOR DISTRICT JUDGE