UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AND DEBORAH JOHNSTON, individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>   v.<br><br>FCA US LLC, a Delaware limited liability corporation,<br><br>        Defendant. | Case No. 1:20-CV-00631-AWI-SAB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT FCA US LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed:   May 4, 2020<br>Hearing Date:     October 5, 2020<br>Time:                1:00 p.m. |

("PROPOSED" is struck through in the heading.)

THE COURT having considered the Parties' stipulation and finding good cause ORDERS that:

1.    The hearing on Defendant's Motion to Dismiss shall be continued to November 9, 2020 at 1:30 p.m.;

2.    Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be due on or before October 14, 2020; and

3.    Defendant's reply in Support of Defendant's Motion to Dismiss, shall be due on or before October 28, 2020.

IT IS SO ORDERED.

Dated:  September 14, 2020                 _____

                                                       SENIOR DISTRICT JUDGE