# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHNSTON, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-00631-AWI-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 20, 25) |

A mandatory scheduling conference is currently set for December 1, 2020. (ECF No. 20.) On September 14, 2020, the District Judge approved a stipulated request to extend the briefing schedule on a pending motion to dismiss. (ECF No. 25.) The undersigned shall continue the currently set scheduling conference to provide for additional time to adjudicate the pending motion to dismiss.

Accordingly, the mandatory scheduling conference set for December 1, 2020, is HEREBY CONTINUED to **February 9, 2021, at 10:30 a.m.** in Courtroom 9. The parties shall file a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated:  **September 14, 2020**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1