# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOHNSTON, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA USA LLC,<br><br>    Defendant. | Case No.  1:20-cv-00631-AWI-SAB<br><br>ORDER GRANTING WITHDRAWAL OF BRANDI L. BURKE AS ATTORNEY FOR DEFENDANT FCA US LLC AND DIRECTING CLERK OF COURT TO TERMINATE BRANDI L. BURKE AS ATTORNEY OF RECORD<br><br>(ECF No. 27) |

On September 25, 2020, counsel for Defendant filed a notice of withdrawal of Brandi L. Burke as attorney for Defendant FCA US LLC.  (ECF No. 27.)  Defendant shall continue to be represented by other attorneys of record.

Accordingly, IT IS HEREBY ORDERED that the request to withdraw Brandi L. Burke as counsel is GRANTED and the Clerk of the Court is DIRECTED to terminate Brandi L. Burke as attorney for Defendant FCA US LLC.

IT IS SO ORDERED.

Dated:   **September 28, 2020**

                                                                       UNITED STATES MAGISTRATE JUDGE

1