# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT JOHNSTON, et al., | Case No. 1:20-cv-00631-AWI-SAB |
|---|---|
| Plaintiffs, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| v. | |
| FCA US LLC, | |
| Defendant. | |
| | (ECF No. 29) |

On October 7, 2020, a stipulation was filed dismissing this action without prejudice. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are terminated; and
2. The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **October 8, 2020**

UNITED STATES MAGISTRATE JUDGE